# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re**   Maria Louisa Sage, | : | Chapter 7 |
| | : | |
| Debtor. | : | Bky. No. 21-11708 (PMM) |

| | | |
|---|---|---|
| **Karl Tepes,** | : | |
| | : | |
| Plaintiff | : | Adv. No.  21-0076 (PMM) |
| | : | |
| v. | : | |
| | : | |
| **Maria Louisa Sage,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, upon consideration of the Complaint filed by Karl Tepes and the Debtor's Response thereto, the remaining count of which is a cause of action pursuant to 11 U.S.C. §523(a)(6);

AND upon consideration of the Plaintiff's cause of action pursuant to 11 U.S.C. §523(a)(7), raised during trial;

AND a trial having been held and concluded on March 16, 2022;

AND for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ordered** that **judgment** is **granted to the Debtor** on both causes of action.

*/s/ Patricia M. Mayer/*

**Date: June 15, 2022**

                                          **PATRICIA M. MAYER**
                                          **U.S. BANKRUPTCY JUDGE**